UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 1:21-cv-21714-JG

Guantanamera Cigars Company,

             Plaintiff,

v.

SMCI Holding, Inc., Swedish Match North America, LLC, Swedish Match USA, Inc., Sam's West, Inc., and Costco Wholesale Corporation,

             Defendants.
_____/

## ORDER GRANTING DEFENDANTS' UNOPPOSED MOTION FOR CONTINUANCE

**THIS MATTER** came before the Court on Defendants SMCI Holding, Inc, Swedish Match North America, LLC, Swedish Match USA, Inc., Sam's West, Inc., and Costco Wholesale Corporation (collectively "Defendants") Unopposed Motion for Continuance ("Motion.")  The Court being duly advised in the premises, finds the Motion should be granted. Accordingly, it is:

**ORDERED AND ADJUDGED** that the Motion is **GRANTED**. The trial scheduled to begin on Monday, June 27, 2022 is hereby rescheduled.

**DONE AND ORDERED** in Chambers, in Miami, Florida, on June 24, 2022.

_____
Jonathan Goodman
UNITED STATES MAGISTRATE JUDGE

**Copies furnished to:**
All counsel of record